IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONALD DEAN LITTLE
ADC # 109926                                                                                      PETITIONER

v.                                      No. 5:12-cv-385-DPM-JJV

RAY HOBBS,
Director, ADC                                                                                     RESPONDENT

ORDER

Little has objected, № 9 & № 10, to Magistrate Judge Volpe's Proposed Findings and Recommendations, № 8. On *de novo* review, the Court adopts the proposal with a supplement. FED. R. CIV. P. 72(b)(3). All Little's claims are either not cognizable on habeas, inexcusably procedurally defaulted, or were reasonably adjudicated by the Arkansas Supreme Court. Little's embedded requests for more time and more documents are denied; the existing record demonstrates that this Court cannot grant relief in the circumstances presented. Little's petition for a writ of habeas corpus, № 2, is dismissed with prejudice. A certificate of appealability will not issue.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 July 2013