IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONALD DEAN LITTLE
ADC # 109926                                                          PETITIONER

v.                              No. 5:12-cv-385-DPM

RAY HOBBS,
Director, ADC                                                         RESPONDENT

JUDGMENT

Little's petition for a writ of habeas corpus is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 July 2013